IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATHANIEL L. WHYMS,**<br><br>Petitioner,<br><br>v.<br><br>**EDMUND G. BROWN, JR., et al,**<br><br>Respondent. | Case No. C 09-02103 SBA (PR)<br><br>**AMENDED ORDER** |

IT IS HEREBY ORDERED that the time within which respondent is to respond to the Order to Show Cause filed October 22, 2009, and provide the relevant state court record, will be extended to April 20, 2010. Petitioner's traverse, if any, shall be filed and served within 60 days of service of an answer or otherwise responsive pleading.

Dated: 3/2/10

_____
The Honorable Saundra B. Armstrong

1

```
 1  UNITED STATES DISTRICT COURT
    FOR THE
 2  NORTHERN DISTRICT OF CALIFORNIA

 3

    NATHANIEL L. WHYMS,
 4
              Plaintiff,
 5
       v.
 6
    EDMUND G. BROWN JR., ATTORNEY
 7  GENERAL et al,

 8            Defendant.
                                              /
 9

10                                              Case Number: CV09-02103 SBA

11                                              **CERTIFICATE OF SERVICE**

12
    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
13  Court, Northern District of California.

14  That on March 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
15  said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
    receptacle located in the Clerk's office.
16

17

18  Nathaniel L. Whyms
    5145 Edenview Drive
19  Apartment BB102
    San Jose, CA 95111
20

21  Dated: March 4, 2010
                                         Richard W. Wieking, Clerk
22                                       By: LISA R CLARK, Deputy Clerk

23

24

25

26

27

28
                                                 2
```