1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12   **NATHANIEL L. WHYMS,**                    Case No. C 09-02103 SBA (PR)

                                    Petitioner,    **AMENDED  ORDER**
13

14          **v.**

15   **EDMUND G. BROWN, JR., et al,**

16                                    Respondent.

17

18

19       IT IS HEREBY ORDERED that the time within which respondent is to respond to the

20   Order to Show Cause filed October 22, 2009, and provide the relevant state court record, will be

21   extended to April 20, 2010.  Petitioner's traverse, if any, shall be filed and served within 60 days

22   of service of an answer or otherwise responsive pleading.

23

24

25   Dated:  3/2/10                    _____
                                    The Honorable Saundra B. Armstrong
26

27

28

                                    1

                                    Amended [Proposed] Order (C 09-02103 SBA (PR))

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA


NATHANIEL L. WHYMS,

        Plaintiff,

  v.

EDMUND G. BROWN JR., ATTORNEY
GENERAL et al,

        Defendant.
_____/

Case Number: CV09-02103 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.



Nathaniel L. Whyms
5145 Edenview Drive
Apartment BB102
San Jose, CA 95111


Dated: March 4, 2010

                Richard W. Wieking, Clerk
                By: LISA R CLARK, Deputy Clerk

2