IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL L. WHYMS,<br><br>      Petitioner,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>      Respondents._____/ | No. C 09-02103 SBA (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE OPPOSITION TO MOTION TO DISMISS** |

    Petitioner has filed a request for an extension of time in which to file his opposition to Respondent's Motion to Dismiss.  Having read and considered Petitioner's request, and good cause appearing,

    IT IS HEREBY ORDERED that Petitioner's request for an extension of time is GRANTED. The time in which Petitioner may file his opposition to Respondent's Motion to Dismiss will be extended up to and including **thirty (30) days** from the date of this Order.

    If Respondent wishes to file a reply brief, he shall do so no later than **fifteen (15) days** after the date Petitioner's opposition is filed.

    This Order terminates Docket no. 11.

    IT IS SO ORDERED.

DATED: 5/24/10

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\HC.09\Whyms2103.EOT.frm

<div style="float:left">**United States District Court**<br>For the Northern District of California</div>

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL L. WHYMS,

      Plaintiff,

  v.

EDMUND G. BROWN JR., ATTORNEY GENERAL et al,

      Defendant.

Case Number: CV09-02103 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nathaniel L. Whyms
5145 Edenview Drive
Apartment BB102
San Jose, CA 95111

Dated: May 24, 2010

                                Richard W. Wieking, Clerk
                                By: LISA R CLARK, Deputy Clerk