IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL L. WHYMS, | No. C 09-02103 SBA (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Respondents. | |

Pursuant to the Court's Order of today's date granting Respondents' motion to dismiss, IT IS ORDERED AND ADJUDGED that this action is dismissed for lack of jurisdiction.

IT IS SO ORDERED.

Dated: 3/16/11

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\HC.09\Whyms2103.jud.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL L. WHYMS,

        Plaintiff,

  v.

EDMUND G. BROWN JR., ATTORNEY GENERAL et al,

        Defendant.

Case Number: CV09-02103 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 16, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nathaniel L. Whyms
5145 Edenview Drive
Apartment BB102
San Jose, CA 95111

Dated: March 16, 2011

                                  Richard W. Wieking, Clerk
                                  By: LISA R CLARK, Deputy Clerk